IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Kyle Boddie, et al.,

Plaintiff(s),

v.

BNSF Railway Company

Defendant(s).

Case No. 20 CV 5060
Judge Charles P. Kocoras

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: Defendant's Motion to Dismiss Plaintiffs' Claims for Want of Prosecution [75] is granted for the reasons stated in the motion and this matter is dismissed with prejudice. Defendant's Motion to Dismiss Plaintiff Kyle Boddie's Claims for Want of Prosecution [64] is denied as moot. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge                          presiding, and the jury has rendered a verdict.
☐ tried by Judge                                      without a jury and the above decision was reached.
☑ decided by Judge Charles P. Kocoras                 on a motion [75], [76].

Date: 4/6/2023

Thomas G. Bruton, Clerk of Court

Sheila Moore              , Deputy Clerk